**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **AUGUSTINE OGBUNUGWU,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | **CIVIL ACTION NO. 4:23-cv-03934** |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **AUTO CLUB COUNTY MUTUAL** | § | |
| **INSURANCE COMPANY d/b/a AAA** | § | |
| **AND UBER TECHNOLOGIES, INC.** | § | |
| **d/b/a UBER,** | § | |
| | § | |
| *Defendant.* | § | |

## ORDER GRANTING AGREED MOTION TO STAY LITIGATION

On this ____ day of _____, 2023, the Court considered the Agreed Motion to Stay and Compel Arbitration filed by Plaintiff Augustine Ogbunugwu and Defendant Uber Technologies, Inc., (incorrectly named as Defendant Uber Technologies, Inc. D/B/A Uber.)

After considering the Motion, responses, if any, and the argument of counsel, this Court has determined that Plaintiff Ogbunugwu agreed and accepted the terms of a Platform Access Agreement which contained a binding and enforceable agreement to arbitrate his disputes against Uber, including the disputes submitted to this court. The agreement to arbitrate is enforceable under federal and state law. Therefore, the Motion is meritorious and should in all things be **GRANTED**. It is therefore,

**ORDERED, ADJDGED, and DECREED**, that the Agreed Motion to Stay and Compel Arbitration is **GRANTED** and that all further proceedings between these two parties before this Court in the present lawsuit, including any currently pending written or other discovery deadlines are hereby stayed pending an award by an arbitration following a final and binding arbitration.

All other relief not expressly provided for herein is hereby denied.

**IT IS SO ORDERED.**

_____

JUDGE PRESIDING