United States District Court
Southern District of Texas
**ENTERED**
January 23, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

AUGUSTINE OGBUNUGWU,                    §
                                        §
          Plaintiff,                    §
                                        §
VS.                                     §     CIVIL ACTION NO. 4:23-CV-3934
                                        §
UBER TECHNOLOGIES, INC.,                §
                                        §
          Defendant.                    §

## ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

The agreed motion to stay and compel arbitration filed by Plaintiff Augustine Ogbunugwu ("Ogbunugwu") and Defendant Uber Technologies, Inc. (Dkt. 4) is **GRANTED**. This case is **STAYED AND ADMINISTRATIVELY CLOSED** pending arbitration.

Defendant Auto Club County Mutual Insurance Company's ("AAA") motion for a declaratory judgment (Dkt. 5) is **DENIED** without prejudice to being reasserted after the conclusion of the arbitration. The Court expresses no opinion at this time on the coverage dispute between Ogbunugwu and AAA.

SIGNED at Houston, Texas on January 23, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

1 / 1